**SUMMONS ISSUED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
CHRISTOPHER JAMES,

                      Plaintiff,

-against-

VILLAGE OF HEMPSTEAD, P.O. ESTE,
P.O. LOUIS ARCILA, "JOHN DOE #1,"
"JOHN DOE #2," "JOHN DOE #3,"
"JOHN DOE #4," "JOHN DOE #5,"
"JOHN DOE #6," "JOHN DOE #7,"
"JOHN DOE #8," "JOHN DOE #9,"
"JOHN DOE #10," "JOHN DOE"
being a fictitious name,

                      Defendants.
---------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
COMPLAINT AND
JURY DEMAND
JUL 10 2012
LONG ISLAND OFFICE

CV-12 3402

HURLEY, J.
TOMLINSON, M

Plaintiff, CHRISTOPHER JAMES, by and through his attorneys, KENNETH S. FERARU, P.C., upon information and belief, states as follows:

**INTRODUCTION**

1. This action arises from the unjustifiable assault upon and use of excessive force against CHRISTOPHER JAMES, (hereinafter referred to as "Plaintiff") by members of the Village of Hempstead Police Department.

2. It seeks compensation for the unconstitutional and tortious conduct of the VILLAGE OF HEMPSTEAD, its Police Department, its agents, servants and employees (hereinafter referred to as "Defendant VILLAGE" or "VILLAGE").

3. Plaintiff seeks redress against the individual agents, servants and employees who committed the actual unconstitutional and unjustified acts as well as redress against the VILLAGE OF

HEMPSTEAD, under the doctrine of respondent superior.

## JURISDICTION

4. This action is brought pursuant to *42 U.S.C. §1983, 1985 and 1988*; the First, Fourth, Fifth and Fourteenth Amendments to the United States Constitutions; the New York Constitution and the laws of the State of New York.

5. Venue is proper in this district under *28 U.S.C. §1391(b)* in that all of the acts alleged occurred within the Eastern District of New York.

## PARTIES

6. Plaintiff is a resident of the Village of Hempstead and State of New York.

7. Defendant, VILLAGE OF HEMPSTEAD, is a municipal corporation, existing and operating by virtue of the laws of the Village of Hempstead and State of New York.

8. Defendant, P.O. ESTE, at all times relevant hereto, was and still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the Village of Hempstead.

9. The Defendant, P.O. ESTE, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

10. The Defendant, P.O. LOUIS ARCILA, was and still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the Village of Hempstead Police Department.

11. The Defendant, P.O. LOUIS ARCILA, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

12. The Defendant, "JOHN DOE #1," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

13. The Defendant, "JOHN DOE #1," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

14. The Defendant, "JOHN DOE #2," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

15. The Defendant, "JOHN DOE #2," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

16. The Defendant, "JOHN DOE #3," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a

Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

17. The Defendant, "JOHN DOE #3," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

18. The Defendant, "JOHN DOE #4," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

19. The Defendant, "JOHN DOE #4," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

20. The Defendant, "JOHN DOE #5," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

21. The Defendant, "JOHN DOE #5," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

22. The Defendant, "JOHN DOE #6," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

23. The Defendant, "JOHN DOE #6," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

24. The Defendant, "JOHN DOE #7," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

25. The Defendant, "JOHN DOE #7," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

26. The Defendant, "JOHN DOE #8," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

27. The Defendant, "JOHN DOE #8," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties

and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

28. The Defendant, "JOHN DOE #9," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

29. The Defendant, "JOHN DOE #9," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

30. The Defendant, "JOHN DOE #10," with "JOHN DOE" being a fictitious name, at all times relevant hereto, was and/or still is an employee of the VILLAGE OF HEMPSTEAD, specifically a Police Officer for the VILLAGE OF HEMPSTEAD Police Department.

31. The Defendant, "JOHN DOE #10," with "JOHN DOE" being a fictitious name, is being sued individually and in his official capacities and was acting in the course and scope of his duties and functions as an agent, servant, employee and officer of the VILLAGE OF HEMPSTEAD.

**FACTUAL AND GENERAL ALLEGATIONS**

32. On or about July 27, 2011 at approximately 12:30 a.m., Plaintiff was present at 67 Terrace Avenue, Village of Hempstead and State of New York.

33. At the aforementioned time and place, Plaintiff was acting lawfully and was in good physical and mental health.

34. Defendants, P.O. ESTE, P.O. LOUIS ARCILA, and "JOHN DOE #1," "JOHN DOE #2," "JOHN DOE #3," "JOHN DOE #4," "JOHN DOE #5," "JOHN DOE #6," "JOHN DOE #7," "JOHN DOE #8," "JOHN DOE #9," "JOHN DOE #10," with "JOHN DOE" being a fictitious name, were present at the location in the course of their employment with the VILLAGE OF HEMPSTEAD Police Department.

35. Without cause and provocation, Defendant, P.O. ESTE, physically assaulted the Plaintiff.

36. Without cause and provocation, Defendant, P.O. ESTE attacked the Plaintiff causing him to be seriously injured.

37. Without cause and provocation, Defendant, P.O. ESTE, caused the Plaintiff to be seriously injured.

38. Without cause and provocation, Defendant, P.O. LOUIS ARCILA, physically assaulted the Plaintiff.

39. Without cause and provocation, Defendant, P.O. LOUIS ARCILA, attacked the Plaintiff causing him to be seriously injured.

40. Without cause and provocation, Defendant, P.O. LOUIS ARCILA, caused the Plaintiff to be seriously injured.

41. Without cause and provocation, Defendant, "JOHN DOE #1," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

42. Without cause and provocation, Defendant, "JOHN DOE

#1," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

43. Without cause and provocation, Defendant, "JOHN DOE #1," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

44. Without cause and provocation, Defendant, "JOHN DOE #2," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

45. Without cause and provocation, Defendant, "JOHN DOE #2," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

46. Without cause and provocation, Defendant, "JOHN DOE #2," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

47. Without cause and provocation, Defendant, "JOHN DOE #3," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

48. Without cause and provocation, Defendant, "JOHN DOE #3," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

49. Without cause and provocation, Defendant, "JOHN DOE #3," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

50. Without cause and provocation, Defendant, "JOHN DOE #4," with "JOHN DOE" being a fictitious name, physically

assaulted the Plaintiff.

51. Without cause and provocation, Defendant, "JOHN DOE #4," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

52. Without cause and provocation, Defendant, "JOHN DOE #4," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

53. Without cause and provocation, Defendant, "JOHN DOE #5," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

54. Without cause and provocation, Defendant, "JOHN DOE #5," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

55. Without cause and provocation, Defendant, "JOHN DOE #5," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

56. Without cause and provocation, Defendant, "JOHN DOE #6," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

57. Without cause and provocation, Defendant, "JOHN DOE #6," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

58. Without cause and provocation, Defendant, "JOHN DOE #6," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

59. Without cause and provocation, Defendant, "JOHN DOE #7," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

60. Without cause and provocation, Defendant, "JOHN DOE #7," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

61. Without cause and provocation, Defendant, "JOHN DOE #7," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

62. Without cause and provocation, Defendant, "JOHN DOE #8," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

63. Without cause and provocation, Defendant, "JOHN DOE #8," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

64. Without cause and provocation, Defendant, "JOHN DOE #8," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

65. Without cause and provocation, Defendant, "JOHN DOE #9," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

66. Without cause and provocation, Defendant, "JOHN DOE #9," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

67. Without cause and provocation, Defendant, "JOHN DOE

#9," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

68. Without cause and provocation, Defendant, "JOHN DOE #10," with "JOHN DOE" being a fictitious name, physically assaulted the Plaintiff.

69. Without cause and provocation, Defendant, "JOHN DOE #10," with "JOHN DOE" being a fictitious name, attacked the Plaintiff causing him to be seriously injured.

70. Without cause and provocation, Defendant, "JOHN DOE #10," with "JOHN DOE" being a fictitious name, caused the Plaintiff to be seriously injured.

71. The Plaintiff was unlawfully and unconstitutionally attacked and assaulted.

72. On information and belief, Defendant VILLAGE, failed to effectively screen, hire, train, supervise and discipline its police officers, including these Defendants for their propensity for violence and abusive conduct.

73. This failure permitted the Defendants to be in position to violate the Plaintiff's civil rights as previously alleged.

74. As a result of its policy, practice, custom or usage, the Defendant VILLAGE, has permitted and allowed the employment and retention of individuals who place the public or segments thereof at substantial risk of being the victim of an officer's violent and unlawful behavior.

75. Defendant VILLAGE, is aware of persistent and widespread practices of such risk of violence by its officers. There are recurrent situations of such police violence and violations of the constitutional rights of its citizens yet they are tolerated by the Village of Hempstead Police Department. Such policy, practice, custom and usage are direct and proximate causes of the conduct herein and the injuries sustained by the Plaintiff.

76. Defendant VILLAGE, knew or in the exercise of reasonable care should have known that the officers involved in this incident were unsuitable police officers. Defendant VILLAGE knew or in the exercise of reasonable care should have known that these officers should not have been allowed to remain employed as Village of Hempstead Police Officers.

77. The foregoing acts and omissions constitute deliberate indifference by the Village of Hempstead Police Department, and have caused officers, including the officers involved in this incident to believe they can act with impunity.

78. The acts of the individual defendants were reckless, willful, wanton and malicious.

79. As a result of the foregoing, the Plaintiff has been damaged; has suffered physical injury; has had his constitutional rights violated; has suffered emotional harm and distress; has suffered economic loss and has otherwise been damaged.

Help

```
TODAY'S DATE:  6/25/2012    TIME: 17:12:11
            *RECORD EXPANSION FOR: HAUSER,JERRY

                                        CLIENT ID#: 774011680
HAUSER,JERRY                        DOB: 12/17/1956    SEX: M
PO BOX A                            HEIGHT: 5-5    EYE COLOR: BROWN
NEW YORK         NY 10028           COUNTY: NEWY
                                    MI #: H01769 88010 437907-56

NAME ON LICENSE/ID:   HAUSER
                      JERRY




LICENSE CLASS: *D*               STATUS:VALID    EXPIRATION: 12/17/2012
PROBATION START: 06/25/2008   END: 12/25/2008
```

**BALANCE:   3241.00**

MENU    NEXT    ABSTRACT

( RECORD CONTINUED ON FOLLOWING PAGE )

Help

```
TODAY'S DATE:  6/25/2012    TIME: 17:12:11
           *RECORD EXPANSION FOR: HAUSER,JERRY

                                          CLIENT ID#: 774011680
HAUSER,JERRY                       DOB: 12/17/1956   SEX: M
PO BOX A                           HEIGHT: 5-5   EYE COLOR: BROWN
NEW YORK         NY 10028          COUNTY: NEWY
                                   MI #: H01769 88010 437907-56
NAME ON LICENSE/ID:  HAUSER
                     JERRY




LICENSE CLASS: *D*              STATUS:VALID    EXPIRATION: 12/17/2012
PROBATION START: 06/25/2008   END: 12/25/2008
```

**BALANCE:   3241.00**

MENU    NEXT    ABSTRACT

( RECORD CONTINUED ON FOLLOWING PAGE )

## AS AND FOR A FIRST CAUSE OF ACTION

### *42 U.S.C. 1983*

80. Plaintiff repeats and realleges each and every allegation contained in all previous paragraphs as if incorporated and fully reiterated herein.

81. By reason of the foregoing conduct, the Defendants violated *42 U.S.C. §1983* by depriving the Plaintiff of his rights under the First, Fourth, Fifth and Fourteenth Amendments to the United States Constitution.

82. As a direct and proximate result of said violations, the Plaintiff suffered damages described above in an amount to be determined at trial.

## AS AND FOR A SECOND CAUSE OF ACTION

### ASSAULT AND BATTERY

83. Plaintiff repeats and realleges each and every allegation contained in all previous paragraphs as if incorporated and fully reiterated herein.

84. By reason of the foregoing, the Defendants intentionally placed the Plaintiff in apprehension of imminent harmful contact and intentionally caused harmful bodily contact to the Plaintiff.

85. As a result of the foregoing, the plaintiff suffered substantial physical harm and emotional pain.

86. As a direct and proximate result of said violations, the Plaintiff suffered damages described above in an amount to

be determined at trial.

## AS AND FOR A FOURTH CAUSE OF ACTION

### Respondent Superior

87. Plaintiff repeats and realleges each and every allegation contained in all previous paragraphs as if incorporated and fully reiterated herein.

88. At all relevant times, all Defendant employees of the Village of Hempstead Police Department were acting for, upon and in furtherance of the business of their employer and within the scope of their employment.

89. As a result of the foregoing, Defendant VILLAGE is liable for the acts and omissions of the individual officers.

90. As a direct and proximate result of the assault and battery upon the Plaintiff, the Plaintiff suffered damages in an amount to be determined at trial.

**WHEREFORE,** the Plaintiff respectfully requests the following relief jointly and severally as against all Defendants:

91. An Award of compensatory damages in an amount to be determined at trial;

92. An Award of punitive damages in an amount to be determined at trial;

93. Interest, costs, attorney's fees and disbursements; and

94. Such other and further relief as this Honorable Court

deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Dated: Mineola, New York
      June 18, 2012

                    Yours, etc.
                    KENNETH S. FERARU, P.C.
                    Attorneys for Plaintiff
                    CHRISTOPHER JAMES

                    By: _____
                        KENNETH S. FERARU, ESQ. (KF-9401)
                    200 Old Country Road
                    Suite 2 South
                    Mineola, New York 11501-4242
                    (516) 535-3333
                    Fax (516) 535-4090

# FIELD SHEET

**Intercounty Judicial Services**
516-248-8270
**Index #** 11-012863
**Work Order #** 1114569
**Caption:**
John Allen Woodward Gallery
vs
Jerry Hauser

**Priority:** Routine
**Date Created:** 11/2/2011
**Return Date:**

**Attorney:** Harvey A. Arnoff

**Server:** Thomas G. Russo
Intercounty

**Documents:**
Summons and Verified Complaint

631-727
3904

## SERVE BY: November 09, 2011
## SERVE TO: Jerry Hauser

*They can't get their default service because they address went good pls call Victoria on WED.*

**Serve To Address:** 334 E 83rd St. apt 4 E, New York, NY 10028
**SPECIAL INSTRUCTIONS:**
Tom, He is the principal of Treadstone 77, a collection agency. Try to serve him personally and if you can't get him at one location try the other. This is the one that you served at the Post Office. If you have to serve at both locations, that's OK.

**Witness Fee Attached:**

**PERSONAL SERVICE ONLY:** To individual indicated on the documents.
**RESPONSIBLE PERSON:** Of suitable age (Min. 16 years old) and discretion at home or work. A copy must be mailed to the address where papers were left. The envelope must be marked "Personal & Confidential" with only your address on it.

*Victoria Dowe*

---

## COMPLETED BY SERVER

| 1st Attempt: _____ at _____ AM / PM | 3rd Attempt: _____ at _____ AM / PM |
|---|---|
| 2nd Attempt: _____ at _____ AM / PM | 4th Attempt: _____ at _____ AM / PM |

Date Served: _____  Time Served: _____ AM / PM  Address is: [ ] Business  [ ] Residence

Papers Left With: _____  Relationship: _____

Person Served: Sex _____  Skin Color _____  Hair Color _____  Age _____

Height _____  Weight _____  Glasses [ ]  Balding [ ]  Beard [ ]  Mustache [ ]  Tattoo [ ]

Other _____  Mailing Date: _____

Address if different _____

Dwelling / Auto _____

**NOTES AND OBSERVATIONS:**

Copyright Polymath Technologies 2008

# Premium People Search

## 37 Records

| Search Criteria |
|---|
| SSN: 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 |

| Name | Address | SSN / DOB | Phone |
|---|---|---|---|
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 229 E 85TH ST<br>NEW YORK NY 10028-3072<br>Reported: 04/06/2012 - 06/20/2012<br>County: New York | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | A PO BOX A<br>NEW YORK NY 10028-0020<br>Reported: 12/15/2007 - 05/2012<br>County: New York | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 1307 PO BOX<br>NEW YORK NY 10028-0010<br>Reported: 02/12/2004 - 05/2012<br>County: New York | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 428 E 85TH ST 4D<br>NEW YORK NY 10028-6387<br>Reported: 01/2002 - 04/28/2012<br>County: New York | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 222 BROOKVILLE RD<br>GLEN HEAD NY 11545-3310<br>Reported: 06/03/2010 - 01/2012<br>County: Nassau | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 1575 208TH PL<br>BAYSIDE NY 11360-1121<br>Reported: 11/13/2005 - 11/26/2011<br>County: Queens | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (212)734-2111<br>Landline: (718)224-2141<br>Landline: (718)229-4289<br>Landline: (718)229-2098 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 5 FAMS CT<br>SYOSSET NY 11791-3841<br>Reported: 11/23/2011 - 11/23/2011<br>County: Nassau | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (516)921-6801 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 16625 POWELLS COVE BLVD 20M<br>WHITESTONE NY 11357-1528<br>Reported: 11/09/2002 - 11/30/2010<br>County: Queens | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (718)767-0333 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 176 MESEROLE AVE 1F<br>BROOKLYN NY 11222-2457<br>Reported: 03/13/2005 - 10/18/2010<br>County: Kings | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 45 E VIEW CT<br>JERICHO NY 11753-1126<br>Reported: 08/27/2009 - 08/27/2009<br>County: Nassau | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (516)933-8572 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 1 AVE AT PORT IMPERIAL 1305<br>WEST NEW YORK NJ 07093-8308<br>Reported: 07/11/2000 - 05/20/2009<br>County: Hudson | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (201)863-4058<br>Landline: (201)863-0512 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 717 PO BOX 717<br>NEW YORK NY 10002-0717<br>Reported: 08/29/2002 - 06/2008<br>County: New York | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>~~AKA: JASON HAUSER~~ | 336 E 81ST ST<br>NEW YORK NY 10028-3955<br>Reported: 03/13/2003 - 12/21/2007<br>~~County: New York~~ | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (212)535-5414 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | PO BOX 77<br>TENAFLY NJ 07670-0077<br>Reported: 01/1998 - 12/2005<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 6 HORIZON RD 2303<br>FORT LEE NJ 07024-6620<br>Reported: 05/1993 - 11/04/2005<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY | PO BOX 1307<br>NEW YORK NY NY 10023<br>Reported: 02/12/2004 - 02/12/2004<br>County: New York | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 615 ESPLANADE<br>REDONDO BEACH CA 90277-4177<br>Reported: 11/06/2003 - 11/17/2003<br>County: LOS ANGELES | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (310)540-3878<br>Landline: (310)540-3415 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 265 HICKORY AVE<br>TENAFLY NJ 07670-1439<br>Reported: 06/25/1996 - 02/03/2003<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 709 E LINDA VISTA BLVD<br>ROSWELL NM 88201-7772<br>Reported: 05/18/2002 - 05/18/2002<br>County: CHAVES | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 143 SCHOR AVE 8<br>LEONIA NJ 07605-2242<br>Reported: 04/2001 - 12/2001<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (201)944-2502<br>Landline: (201)461-0626<br>Landline: (201)947-4397 |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 1 AVENUE AT PRT<br>WEST NEW YORK NJ 07093<br>Reported: 11/28/2001 - 11/28/2001<br>County: Hudson | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H | 6 HORIZON RD 2303<br>FORT LEE NJ 07024-6620<br>Reported: 07/18/2001 - 07/18/2001<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/01/1959 Age: 52 | |
| HAUSER JERRY H | 381 2ND ST<br>JERSEY CITY NJ 07302-2645 | 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<br>Issued: 1973-1974 in NY | |

| Name | Address | SSN / DOB | Phone |
|---|---|---|---|
| HAUSER ... | Reported: 04/01/1994 - 07/18/2001<br>County: Hudson | DOB: 09/01/1959 Age: 52 | |
| HAUSER JERRY H | 16625 POWELLS COVE BLVD 20G<br>WHITESTONE NY 11357-1528<br>Reported: 08/01/2000 - 02/01/2001<br>County: Queens | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/1959 Age: 52 | |
| HAUSER JERRY H | 265 HICKORY AV<br>TENAFLY NJ 07670-1439<br>Reported: 11/13/2000 - 11/13/2000<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/01/1959 Age: 52 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 111 WEST ST 2Q<br>ENGLEWOOD NJ 07631-2340<br>Reported: 10/19/2000 - 10/19/2000<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (201)871-3451 |
| HAUSER JERRY H | 864 FAIRVIEW AVE<br>VALLEY STREAM NY 11581-2810<br>Reported: 07/01/1999 - 05/01/2000<br>County: Nassau | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/1959 Age: 52 | |
| HAUSER JERRY H | POB 77<br>TENAFLY NJ 07670-0077<br>Reported: 11/01/1999 - 11/01/1999<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/01/1959 Age: 52 | |
| HAUSER JERRY H | POB 89<br>TENAFLY NJ 07670-0089<br>Reported: 05/01/1999 - 05/01/1999<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/01/1959 Age: 52 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 864 FAIRVIEW AVE<br>VALLEY STREAM NY 11581-2810<br>Reported: 05/10/1994 - 10/14/1997<br>County: Nassau | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H | 237 HICKORY AVE<br>TENAFLY NJ 07670-1547<br>Reported: 08/01/1997 - 08/01/1997<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/1959 Age: 52 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 560 SYLVAN AVE<br>ENGLEWOOD CLIFFS NJ 07632-3108<br>Reported: 10/1995 - 10/1995<br>County: Bergen | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 295 5TH AVE BOX 121<br>NEW YORK NY 10001-4522<br>Reported: 07/1991 - 12/1992<br>County: New York | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 150 WILDWOOD RD<br>STAMFORD CT 06903-2108<br>Reported: 04/1991 - 04/1991<br>County: Fairfield | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | |
| HAUSER JERRY H<br>AKA: GERALD HAUSER<br>AKA: JASON BOURNE<br>AKA: JASON HAUSER | 25314 148TH RD<br>ROSEDALE NY 11422-2818<br>Reported: 09/1987 - 06/1988<br>County: Queens | 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<br>Issued: 1973-1974 in NY<br>DOB: 12/17/1956 Age: 55 | Landline: (718)978-3379<br>Landline: (718)949-2398<br>Landline: (718)276-4149 |
| HAUSER JERRY H | 150 WILDWOOD RD<br>STAMFORD CT 06903-2108<br>County: Fairfield | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/1959 Age: 52 | |
| HAUSER JERRY H | 1 AVE AT PORT IMPERIAL 1305<br>WEST NEW YORK NJ 07093-8308<br>County: Hudson | 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<br>Issued: 1973-1974 in NY<br>DOB: 09/1959 Age: 52 | |